**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| **CALVIN KENTRELL HOUSLEY #602265,** Petitioner | **CIVIL DOCKET NO. 5:18-CV-01600-P** |
| **VERSUS** | **JUDGE ELIZABETH E. FOOTE** |
| **DARREL VANNOY,** Respondent | **MAGISTRATE JUDGE PEREZ-MONTES** |

**JUDGMENT**

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein (ECF No. 13), and after a *de novo* review of the record, including the Objection filed by Petitioner (ECF No. 14), having determined that the findings and recommendation are correct under the applicable law;

**IT IS HEREBY ORDERED** that the Petition (ECF No. 1) is **DENIED** and **DISMISSED WITH PREJUDICE**.

Rule 11 of the Rules Governing Section 2254 Proceedings for the U.S. District Courts requires the district court to issue or deny a certificate of appealability when it enters a final order adverse to the applicant. The court, after considering the record in this case and the standard set forth in 28 U.S.C. Section 2253, denies a certificate of appealability because the applicant has not made a substantial showing of the denial of a constitutional right.

THUS DONE AND SIGNED in Chambers, this _2nd____ day of November, 2021.

_____
ELIZABETH E. FOOTE
UNITED STATES DISTRICT JUDGE